# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PAULETTA HIGGINS,

        Plaintiff,

v.                                Case No:   6:14-cv-1136-Orl-40KRS

HAMILTON COUNTY JUVENILE
COURT,

        Defendant.

## ORDER

This cause is before the Court on Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. No. 2), filed on July 15, 2014.

The United States Magistrate Judge has submitted a report recommending that the motion be denied and that the complaint be dismissed for lack of subject matter jurisdiction.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation filed July 18, 2014 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Leave to Proceed *in forma pauperis* (Doc. No. 2) is **DENIED**.

3. The Complaint (Doc. No. 1) is **DISMISSED** for lack of subject matter jurisdiction.

4. The Clerk of Court is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on August 5, 2014.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties